IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| SHERIDAN HOLDING COMPANY I, LLC, *et al.*,[1] | § Case No. 20-31884 (DRJ) |
| Debtors. | § (Joint Administration Requested) |
| | § (Emergency Hearing Requested) |

**NOTICE OF AGENDA FOR COMBINED FIRST DAY HEARING
ON FIRST DAY MOTIONS AND CONFIRMATION HEARING SCHEDULED
FOR MARCH 24, AT 2:30 P.M. (PREVAILING CENTRAL TIME), BEFORE
THE HONORABLE MARVIN ISGUR AT THE UNITED STATES BANKRUPTCY
COURT FOR THE SOUTHERN DISTRICT OF TEXAS, AT COURTROOM 404,
515 RUSK STREET, HOUSTON, TEXAS 77002**

**I.   Voluntary Petitions and Supporting Documents.**

      A.   Sheridan Holding Company I, LLC

      B.   Sheridan Investment Partners I, L.L.C.

      C.   Sheridan Production Partners I, LLC

      D.   Sheridan Production Partners I-A, L.P.

      E.   Sheridan Production Partners I-B, L.P.

      F.   Sheridan Production Partners I-M, L.P.

      G.   SPP I-B GP, LLC

**II.   Evidentiary Support for First Day and Confirmation Pleadings.**

      A.   ***First Day Declaration.***   Declaration of Lisa A. Stewart, Executive Chairman, President, Chief Investment Officer, and Chief Executive

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Sheridan Holding Company I, LLC (7648); Sheridan Investment Partners I, LLC (8607); Sheridan Production Partners I, LLC (8094); Sheridan Production Partners I-A, L.P. (8100); Sheridan Production Partners I-B, L.P. (8104); Sheridan Production Partners I-M, L.P. (8106); and SPP I-B GP, LLC (8092). The location of the Debtors' service address is: 1360 Post Oak Blvd., Suite 2500, Houston, Texas 77056.

    Officer of Sheridan Holding Company I, LLC., in Support of Chapter 11 Petitions and First Day Motions [Docket No. 5].

    **Status**:  This Declaration will be relied upon as evidentiary support for the first day matters listed below.

  B. ***Stewart Confirmation Declaration.*** Declaration of Lisa A. Stewart, Executive Chairman, President, Chief Investment Officer, and Chief Executive Officer of Sheridan Holding Company I, LLC, in Support of Confirmation of the Debtors' Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 14].

    **Status**:  This Declaration will be relied upon as evidentiary support for the confirmation matters listed below.

  C. ***Flood Confirmation Declaration.*** Declaration of Curtis Flood in Support of Confirmation of Joint Prepackaged Plan of Reorganization of Sheridan Holding Company I, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 15].

    **Status**:  This Declaration will be relied upon as evidentiary support for the confirmation matters listed below.

  D. ***Kopa Confirmation Declaration.*** Declaration Of Jeffrey W. Kopa in Support of Confirmation of the Joint Prepackaged Plan of Reorganization of Sheridan Holding Company I, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 16].

    **Status**:  This Declaration will be relied upon as evidentiary support for the confirmation matters listed below.

  E. ***Johnson Voting Declaration.*** Declaration of Craig E. Johnson of Prime Clerk LLC Regarding Solicitation of Votes and Tabulation of ballots Cast on the Joint Prepackaged Plan of Reorganization of Sheridan Holding Company I, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 23].

    **Status**:  This Declaration will be relied upon as evidentiary support for the confirmation matters listed below.

### III. Confirmation Pleadings.

  1. ***Chapter 11 Plan.*** Amended Joint Prepackaged Plan of Reorganization of Sheridan Holding Company I, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 11].

  2. ***Disclosure Statement.*** Disclosure Statement Relating to the Joint Prepackaged Plan of Reorganization of Sheridan Holding Company I, LLC

and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 12].

3. ***Confirmation Brief.*** Memorandum of Law of Sheridan Holding Company I, LLC, *et al.*, in Support of an Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Amended Joint Prepackaged Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 18].

4. ***Proposed Confirmation Order.*** Order Approving the Debtors' Disclosure Statement for, and Confirming, the Debtors' Joint Prepackaged Chapter 11 Plan [Docket No. 20].

5. ***Plan Supplement Documents.*** Notice of Filing Plan Supplement for the Amended Joint Prepackaged Plan of Reorganization of Sheridan Holding Company I, LLC and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 17].

   **Status**: This matter is uncontested and is going forward.

6. ***Scheduling Motion***. Debtors' <u>Emergency</u> Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval And Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Solicitation Procedures, (IV) Approving the Confirmation Notice, and (V) Waiving the Requirements that the U.S. Trustee Convene a Meeting of Creditors and the Debtors File Schedules and SOFAs [Docket No. 6].

   **Status**: This matter is going forward.

### IV. First Day Pleadings.

7. ***Notice of Complex Case Designation***. Notice of Designation as Complex Chapter 11 Bankruptcy Case [Docket No. 3].

   **Status**: This matter has been resolved.

8. ***Joint Administration Motion.*** Debtors' Emergency Motion for Entry of an Order Directing Joint Administration of Related Chapter 11 Cases [Docket No. 2].

   **Status**: This matter is going forward.

9. ***Cash Collateral Motion.*** Debtors' <u>Emergency</u> Motion for Entry of Interim and Final Orders (A) Authorizing the Debtors to Use Cash Collateral, (B) Granting Adequate Protection to the Prepetition Secured Parties, (C) Scheduling a Final Hearing, (D) Modifying the Automatic Stay, and (E) Granting Related Relief [Docket No. 8].

**Status**: This matter is going forward.

10. ***Claims and Noticing Agent Application.*** Debtors' Emergency Application for Entry of an Order Authorizing the Employment and Retention of Prime Clerk LLC as Claims, Noticing, and Solicitation Agent [Docket No. 10].

    **Status**: This matter is going forward.

11. ***Creditor Matrix Motion.*** Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to File a Consolidated List of Creditors and a Consolidated List of the 50 Largest Unsecured Creditors [Docket No. 4].

    **Status**: This matter is going forward.

12. ***Cash Management Motion.*** Debtors' Emergency Motion for Entry of an Order Authorizing the Debtors to (I) Continue to Operate their Cash Management System, (II) Honor Certain Prepetition Obligations Related Thereto, (III) Maintain Existing Business Forms, and (IV) Perform Intercompany Transactions [Docket No. 7].

    **Status**: This matter is going forward.

13. ***Ordinary Course Payments Motion.*** Debtors' Emergency Motion Seeking Entry of an Order Authorizing, But Not Directing, the Debtors to Continue Their Prepetition Business Operations, Policies, and Practices and Pay Related Claims in the Ordinary Course of Business on a Postpetition Basis [Docket No. 9].

    **Status**: This matter is going forward.

[*Remainder of page intentionally left blank*]

Houston, Texas
March 23, 2020

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Joshua A. Sussberg, P.C. (*pro hac vice* admission pending) |
| Jennifer F. Wertz (TX Bar No. 24072822) | Steven N. Serajeddini (*pro hac vice* admission pending) |
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Houston, Texas 77010 | 601 Lexington Avenue |
| Telephone:  (713) 752-4200 | New York, New York 10022 |
| Facsimile:  (713) 752-4221 | Telephone:  (212) 446-4800 |
| Email:  mcavenaugh@jw.com | Facsimile:  (212) 446-4900 |
|   jwertz@jw.com | Email:  joshua.sussberg@kirkland.com |
| | steven.serajeddini@kirkland.com |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

-and-

Spencer A. Winters (*pro hac vice* admission pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  spencer.winters@kirkland.com

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

## Certificate of Service

I certify that on March 23, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

*/s/ Matthew D. Cavenaugh*
Matthew D. Cavenaugh