IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |
|---|---|
| In re: | § Chapter 11 |
| SHERIDAN HOLDING COMPANY I, LLC, *et al.*,[1] | § Case No. 20-31884 (DRJ) |
| Reorganized Debtors. | § (Jointly Administered) |

**NOTICE OF RESET OF HEARING REGARDING JOINT MOTION FOR ENTRY OF (A) A PRELIMINARY APPROVAL ORDER (I) DIRECTING THE APPLICATION OF BANKRUPTCY RULE 7023, (II) PRELIMINARILY APPROVING THE SETTLEMENT, (III) APPOINTING THE SETTLEMENT ADMINISTRATOR, (IV) APPROVING FORM AND MANNER OF NOTICE TO CLASS MEMBERS, (V) CERTIFYING A CLASS, DESIGNATING CLASS REPRESENTATIVES, AND APPOINTING CLASS COUNSEL FOR SETTLEMENT PURPOSES ONLY, (VI) SCHEDULING A SETTLEMENT FAIRNESS HEARING, AND (B) A JUDGMENT FINALLY APPROVING THE SETTLEMENT**

**PLEASE TAKE NOTICE** that on March 23, 2020, Sheridan Holding Company I, LLC and the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Motion for Entry of (A) a Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7023, (II) Preliminarily Approving the Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating Class Representatives, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Settlement Fairness Hearing, and (B) a Judgment Finally Approving the Settlement* [Docket No. 30] (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a preliminary approval hearing on the Motion previously scheduled for March 31, 2020 at 2:00 p.m. (prevailing Central Time) has been reset to **March 31, 2020 at 11:00 a.m. (prevailing Central Time)** before David R. Jones, United States Bankruptcy Judge, in Room 400 of the United States Bankruptcy Court, 515 Rusk Street Houston, Texas 77002.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Sheridan Holding Company I, LLC (7648); Sheridan Investment Partners I, LLC (8607); Sheridan Production Partners I, LLC (8094); Sheridan Production Partners I-A, L.P. (8100); Sheridan Production Partners I-B, L.P. (8104); Sheridan Production Partners I-M, L.P. (8106); and SPP I-B GP, LLC (8092). The location of the Reorganized Debtors' service address is: 1360 Post Oak Blvd., Suite 2500, Houston, Texas 77056.

**Electronic Appearances**

Please note that on March 24, 2020, through the entry of General Order 2020-10, the Court invoked the Protocol for Emergency Public Health or Safety Conditions. The Order may be found at: https://www.txs.uscourts.gov/sites/txs/files/Bankruptcy%20General%20Order%202020-04%20Adoption%20of%20Contingency%20Plan_0.pdf

It is anticipated that all persons will appear telephonically and also may appear via video at this hearing.

**Audio Communication**

Audio communication will be by use of the Court's regular dial-in number. The dial-in number is **1-832-917-1510**. You will be responsible for your own long-distance charges. You will be asked to key in the conference room number. Judge Jones' conference room number is **205691**.

Parties are encouraged to review the Court's procedures for telephonic appearances located at https://www.txs.uscourts.gov/sites/txs/files/Court%20Procedures%20-%202-1-2020.pdf.

Attorneys and parties-in-interest wishing to participate in the hearing must connect to the hearing by audio communication. Any person wishing to observe the proceeding may also dial in to the audio conference dial-in number.

Each person who speaks at the electronic hearing should be prepared to restate that person's name each time that the person speaks in order to assist any transcriber of the audio recording.

**Video Communication:**

Parties may participate in electronic hearings by use of an internet connection. The internet site is www.join.me. Persons connecting by mobile device will need to download the free join.me application.

Once connected to www.join.me, a participant must select "Join a Meeting". The code for joining this hearing before Judge Jones is "judgejones". The next screen will have a place for the participant's name in the lower left corner. Please complete the name and click "Notify".

All documents filed in these Chapter 11 Cases are available free of charge by visiting https://cases.primeclerk.com/sheridan, by calling 877-472-2555 (domestic toll-free) or 917-942-8380 (international toll), or by email at sheridaniballots@primeclerk.com. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.txsb.uscourts.gov in accordance with the procedures and fees set forth therein.

[*Remainder of page intentionally left blank*]

Houston, Texas
March 30, 2020

/s/ *Matthew D. Cavenaugh*

| | |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| Jennifer F. Wertz (TX Bar No. 24072822) | Steven N. Serajeddini (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | **KIRKLAND & ELLIS LLP** |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Houston, Texas 77010 | 601 Lexington Avenue |
| Telephone: (713) 752-4200 | New York, New York 10022 |
| Facsimile: (713) 752-4221 | Telephone: (212) 446-4800 |
| Email: mcavenaugh@jw.com | Facsimile: (212) 446-4900 |
| jwertz@jw.com | Email: joshua.sussberg@kirkland.com |
| | steven.serajeddini@kirkland.com |

*Proposed Co-Counsel to the Reorganized Debtors*

-and-

Spencer A. Winters (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:      (312) 862-2200
Email:            spencer.winters@kirkland.com

*Proposed Co-Counsel to the Reorganized Debtors*

## **Certificate of Service**

      I certify that on March 30, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

      */s/ Matthew D. Cavenaugh*
      Matthew D. Cavenaugh