UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| SHERIDAN HOLDING COMPANY I, LLC, *et al.*,[1] | § § § | Case No. 20-31884 (DRJ) |
| Debtors. | § § § | (Jointly Administered) |

### NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

Please take notice that effective April 01, 2020, Sharp Barton, LLP changed its name to Sharp Law, LLP and its email addresses. Please update your records to reflect the new firm name and email addresses as shown in the signature block below. The mailing address remains the same.

Respectfully submitted,

*s/ Rex A. Sharp*
Rex A. Sharp, *admitted pro hac vice*
Barbara C. Frankland, *admitted pro hac vice*
SHARP LAW, LLP
5301 W. 75th Street
Prairie Village, KS  66208
(913) 901-0505
(913) 901-0419 fax
rsharp@midwest-law.com
bfrankland@midwest-law.com

*One of Settlement Class Counsel*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Sheridan Holding Company I, LLC (7648); Sheridan Investment Partners I, LLC (8607); Sheridan Production Partners I, LLC (8094); Sheridan Production Partners I-A, L.P. (8100); Sheridan Production Partners I-B, L.P. (8104); Sheridan Production Partners I-M, L.P. (8106); and SPP I-B GP, LLC (8092).  The location of the Debtors' service address is:  1360 Post Oak Blvd., Suite 2500, Houston, Texas 77056.

## CERTIFICATE OF SERVICE

This certifies that on April 17, 2020, I transmitted the above document to the Clerk of Court using the CM/ECF system for filing, which will send notice of electronic filing to all counsel who have registered for receipt of documents filed in this matter.

/s/ Rex A. Sharp
Rex A. Sharp