

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
05/28/2020

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SHERIDAN HOLDING COMPANY I, LLC, *et al.*,[1] | § | Case No. 20-31885 (DRJ) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |
| | § | |

**ORDER GRANTING FIRST AND FINAL FEE APPLICATION OF EVERCORE GROUP L.L.C., PROPOSED INVESTMENT BANKER AND FINANCIAL ADVISOR TO THE DEBTORS AND DEBTORS IN POSSESSION, FOR ALLOWANCE AND PAYMENT OF AN ADMINISTRATIVE EXPENSE CLAIM FOR PROFESSIONAL SERVICES RENDERED FROM MARCH 23, 2020 THROUGH AND INCLUDING MARCH 24, 2020**
(Docket No. 153)

Upon consideration of the *First and Final Fee Application of Evercore Group L.L.C., Proposed Investment Banker and Financial Advisor to the Debtors and Debtors in Possession, for Allowance and Payment of an Administrative Expense Claim for Compensation from March 23, 2020 through and including March 24, 2020* (the "Application"), and good cause existing therefor,

It is hereby **ORDERED, ADJUDGED, AND DECREED** that:

(i) The Application is APPROVED, and the amount of $2,257,411.00 in fees and expenses is allowed in full on a final basis.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Sheridan Holding Company I, LLC (7648); Sheridan Investment Partners I, LLC (8607); Sheridan Production Partners I, LLC (8094); Sheridan Production Partners I-A, L.P. (8100); Sheridan Production Partners I-B, L.P. (8104); Sheridan Production Partners I-M, L.P. (8106); and SPP I-B GP, LLC (8092).  The location of the Reorganized Debtors' service address is:  1360 Post Oak Blvd., Suite 2500, Houston, Texas 77056.

(ii) To the extent not already paid, the Debtors are authorized to promptly pay to Evercore Group L.L.C. allowed fees and expenses in the amount of $2,257,411.00.

Signed:  May 28, 2020.

---
DAVID R. JONES
UNITED STATES BANKRUPTCY JUDGE