**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | § | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| SHERIDAN HOLDING COMPANY I, LLC, *et al.*,[1] | § | Case No. 20-31884 (DRJ) |
| | § | |
| Reorganized Debtors. | § | (Jointly Administered) |
| | § | |

**JOINT WITNESS AND EXHIBIT LIST FOR JULY 13, 2020 HEARING**

The above-captioned reorganized debtors (collectively, the "Reorganized Debtors") and the Class Representatives[2] file this Witness and Exhibit List for the hearing to be held on July 13, 2020, at 10:00 a.m. (prevailing Central Time) (the "Hearing") on the following matters:

1. Joint Motion for Entry of (A) a Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7023, (II) Preliminarily Approving the Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating Class Representatives, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Settlement Fairness Hearing, and (B) A Judgment Finally Approving the Settlement [Docket No. 30]; and

2. Class Representatives' and Settlement Class Counsel's Motion for Approval of: (I) Administration Expenses; (II) Class Counsel Fees and Expenses; and (III) Class Representatives Fee [Docket No. 182].

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Sheridan Holding Company I, LLC (7648); Sheridan Investment Partners I, LLC (8607); Sheridan Production Partners I, LLC (8094); Sheridan Production Partners I-A, L.P. (8100); Sheridan Production Partners I-B, L.P. (8104); Sheridan Production Partners I-M, L.P. (8106); and SPP I-B GP, LLC (8092). The location of the Reorganized Debtors' service address is: 1360 Post Oak Blvd., Suite 2500, Houston, Texas 77056.

[2] Capitalized terms used but not defined herein have the meanings assigned to such terms in the *Joint Motion for Entry of (A) a Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7023, (II) Preliminarily Approving the Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating Class Representatives, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Settlement Fairness Hearing, and (B) A Judgment Finally Approving the Settlement* [Docket No. 30].

## WITNESSES

The Reorganized Debtors and the Class Representatives may call the following witnesses should the Court wish to hear from them further:

1. Rex A. Sharp, Co-Managing Partner of Sharp Law , LLP;

2. Jennifer M. Keough, Chief Executive Officer of JND Legal Administration LLC;

3. Alan DeVore, Managing Member of the DeVore Law Firm PLC;

4. Charles M. Rubio, Partner at Diamond McCarthy LLP;

5. Daniel T. Reineke, Petroleum Engineer and Damages Expert;

6. Kyle Allan Taylor, Class Representative;

7. Tony Ray Whisenant, Class Representative;

8. Ronda Jean Born, Class Representative;

9. Stanley Ray Born, Class Representative;

10. John J. Griffin, Jr., Director and Shareholder in Crowe & Dunlevy;

11. Rebuttal witnesses as necessary; and

12. Any witness called by any other party.

**EXHIBITS**

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 1. | Joint Motion for Entry of (A) a Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7023, (II) Preliminarily Approving the Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating Class Representatives, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Settlement Fairness Hearing, and (B) A Judgment Finally Approving the Settlement [Docket No. 30] | | | | | | |
| 2. | Declaration of Rex A. Sharp in Support of Joint Motion for Preliminary Settlement Approval [Docket No. 41] | | | | | | |
| 3. | Declaration of Jennifer M. Keough [Docket No. 43] | | | | | | |
| 4. | Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7023, (II) Preliminarily Approving the Class Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating Class Representatives, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Final Fairness Hearing to Consider Final Approval of the Settlement, and (VII) Granting Related Relief [Docket No. 123] | | | | | | |
| 5. | Settlement Class Representatives' Notice of Rule 2004 Examination of Revolution Resources, LLC [Docket No. 143] | | | | | | |
| 6. | Settlement Class Representatives' Notice of Rule 2004 Examination of P.O. & G. Operating, LLC [Docket No. 147] | | | | | | |
| 7. | Settlement Class Representatives' Notice of Rule 2004 Examination of Continental Resources, Inc. [Docket No. 148] | | | | | | |
| 8. | Settlement Class Representatives' Notice of Rule 2004 Examination of Snyder Partners [Docket No. 149] | | | | | | |

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 9. | Settlement Class Representatives' Notice of Rule 2004 Examination of OEX-1, LLC [Docket No. 150] | | | | | | |
| 10. | Settlement Class Representatives' Notice of Rule 2004 Examination of Fullspike Energy, LLC [Docket No. 151] | | | | | | |
| 11. | Settlement Class Representatives' Notice of Rule 2004 Examination of Trueblood Resources, Inc. Partners [Docket No. 155] | | | | | | |
| 12. | Settlement Class Representatives' Notice of Rule 2004 Examination of Liberty Operating, Inc. Partners [Docket No. 157] | | | | | | |
| 13. | Settlement Class Representatives' Notice of Rule 2004 Examination of Camino Natural Resources, LLC [Docket No. 158] | | | | | | |
| 14. | Settlement Class Representatives' Notice of Rule 2004 Examination of Casillas Operating, LLC [Docket No. 159] | | | | | | |
| 15. | Settlement Class Representatives' Notice of Rule 2004 Examination of Iron Star Energy, LLC [Docket No. 160] | | | | | | |
| 16. | Settlement Class Representatives' Notice of Rule 2004 Examination of Echo E&P, LLC (AKA Echo Energy) [Docket No. 161] | | | | | | |
| 17. | Declaration of John J. Griffin, Jr. [Docket No. 181] | | | | | | |
| 18. | Class Representatives' and Settlement Class Counsel's Motion for Approval of: (I) Administration Expenses; (II) Class Counsel Fees and Expenses; and (III) Class Representatives Fee [Docket No. 182] | | | | | | |
| 19. | Declaration of Jennifer M. Keough [Exhibit 1 to Docket No. 182] | | | | | | |
| 20. | Class Notice [Exhibit A to Exhibit 1 to Docket No. 182] | | | | | | |
| 21. | List of Notice Recipients [Docket No. 183] | | | | | | |
| 22. | Publication Notice [Exhibit C to Exhibit 1 to Docket No. 182] | | | | | | |
| 23. | Press Release [Exhibit D to Exhibit 1 to Docket No. 182] | | | | | | |
| 24. | List of Opt-Outs [Exhibit E to Exhibit 1 to Docket No. 182] | | | | | | |

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 25. | Declaration of Rex A. Sharp in Support of Class Representatives' and Settlement Class Counsel's Motion for Approval of: (I) Administration Expenses; (II) Class Counsel Fees and Expenses; and (III) Class Representatives Fee [Exhibit 2 to Docket No. 182] | | | | | | |
| 26. | Declaration of Allan DeVore in Support of Class Representatives' and Settlement Class Counsel's Motion for Approval of: (I) Administration Expenses; (II) Class Counsel Fees and Expenses; and (III) Class Representatives Fee [Exhibit 3 to Docket No. 182] | | | | | | |
| 27. | Declaration of Charles M. Rubio [Exhibit 4 to Docket No. 182] | | | | | | |
| 28. | Expert Declaration of Daniel T. Reineke in Support of Class Representatives' and Settlement Class Counsel's Motion for Approval of: (I) Administration Expenses; (II) Class Counsel Fees and Expenses; and (III) Class Representatives Fee [Exhibit 5 to Docket No. 182] | | | | | | |
| 29. | CV of Daniel T. Reineke [Exhibit A to Exhibit 5 to Docket No. 182] | | | | | | |
| 30. | Allocation by Party [Exhibit B to Exhibit 5 to Docket No. 182] | | | | | | |
| 31. | Joint Declaration of Settlement Class Counsel in Support of Class Representatives' and Settlement Class Counsel's Motion for Approval of: (I) Administration Expenses; (II) Class Counsel Fees and Expenses; and (III) Class Representatives Fee [Exhibit 6 to Docket No. 182] | | | | | | |
| 32. | Joint Declaration of Ronda Jean Born and Stanley Ray Born in Support of Class Representatives' and Settlement Class Counsel's Motion for Approval of: (I) Administration Expenses; (II) Class Counsel Fees and Expenses; and (III) Class Representative Fees [Exhibit 7 to Docket No. 182] | | | | | | |
| 33. | Declaration of Tony Ray Whisenant in Support of Class Representatives' and Settlement Class Counsel's Motion for Approval of: (I) Administration Expenses; (II) Class Counsel Fees and Expenses; and (III) Class Representative Fees [Exhibit 8 to Docket No. 182] | | | | | | |

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 34. | Declaration of Kyle Allan Taylor in Support of Class Representatives' and Settlement Class Counsel's Motion for Approval of: (I) Administration Expenses; (II) Class Counsel Fees and Expenses; and (III) Class Representative Fees [Exhibit 9 to Docket No. 182] | | | | | | |
| 35. | Class Representatives' Supplemental Memorandum of Law in Support of Joint Motion for Entry of (A) a Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7023, (II) Preliminarily Approving the Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating Class Representatives, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Settlement Fairness Hearing, and (B) A Judgment Finally Approving the Settlement [Docket No. 193] | | | | | | |
| 36. | Supplemental Declaration of Jennifer M. Keough [Exhibit 1 to Docket No. 193] | | | | | | |
| 37. | Additional Requests for Exclusion [Exhibit A to Exhibit 1 to Docket No. 193] | | | | | | |
| 38. | Declaration of Rex A. Sharp in Support of Class Representatives' Supplemental Memorandum of Law in Support of Joint Motion for Entry of (A) a Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7023, (II) Preliminarily Approving the Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating Class Representatives, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Settlement Fairness Hearing, and (B) A Judgment Finally Approving the Settlement [Exhibit 2 to Docket No. 193] | | | | | | |

| No. | Description | Mark | Offer | Object | Admit | W/D | Disposition After Trial |
|---|---|---|---|---|---|---|---|
| 39. | Declaration of Allan DeVore in Support of Class Representatives' Supplemental Memorandum of Law in Support of Joint Motion for Entry of (A) a Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7023, (II) Preliminarily Approving the Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating Class Representatives, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Settlement Fairness Hearing, and (B) A Judgment Finally Approving the Settlement [Exhibit 3 to Docket No. 193] | | | | | | |
| 40. | Certificate of No Objection to:<br>1) Joint Motion for Entry of (A) a Preliminary Approval Order (I) Directing the Application of Bankruptcy Rule 7023, (II) Preliminarily Approving the Settlement, (III) Appointing the Settlement Administrator, (IV) Approving Form and Manner of Notice to Class Members, (V) Certifying a Class, Designating Class Representatives, and Appointing Class Counsel for Settlement Purposes Only, (VI) Scheduling a Settlement Fairness Hearing, and (B) A Judgment Finally Approving the Settlement [Docket No. 30]Joint Motion [Docket No. 30]; and<br>2) Class Representatives' and Settlement Class Counsel's Motion for Approval of: (I) Administration Expenses; (II) Class Counsel Fees and Expenses; and (III) Class Representatives Fee [Docket No. 182] [Docket No. 198]. | | | | | | |
| 41. | Any document or pleading filed in the above captioned main cases | | | | | | |
| 42. | Any exhibit necessary for impeachment and/or rebuttal purposes | | | | | | |
| 43. | Any exhibit identified or offered by any other party | | | | | | |

## **RESERVATION OF RIGHTS**

The Reorganized Debtors and the Class Representatives reserve the right to call or to introduce one or more, or none, of the witnesses and exhibits listed above, and further reserve the right to supplement this list prior to hearing.

Houston, Texas
July 9, 2020

/*s/ Matthew D. Cavenaugh*/

| | |
|---|---|
| Matthew D. Cavenaugh (TX Bar No. 24062656) | Joshua A. Sussberg, P.C. (admitted *pro hac vice*) |
| **JACKSON WALKER L.L.P.** | Steven N. Serajeddini (admitted *pro hac vice*) |
| 1401 McKinney Street, Suite 1900 | **KIRKLAND & ELLIS LLP** |
| Houston, Texas 77010 | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Telephone: (713) 752-4200 | 601 Lexington Avenue |
| Facsimile: (713) 752-4221 | New York, New York 10022 |
| Email: mcavenaugh@jw.com | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: joshua.sussberg@kirkland.com |
| | steven.serajeddini@kirkland.com |

*Co-Counsel to the Reorganized Debtors*

-and-

Spencer A. Winters (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: spencer.winters@kirkland.com

*Co-Counsel to the Reorganized Debtors*

Houston, Texas
July 9, 2020,

        */s/ Charles Rubio*
        Charles Rubio (TX Bar No. 24083768)
        Diamond McCarthy, LLP
        909 Fannin Street, 37th Floor
        Houston, Texas 77010
        (212) 430-5438
        CRubio@diamondmccarthy.com

        and

        Rex A. Sharp, OBA#011990, TX No. 18118800
        (admitted *pro hac vice*)
        Barbara C. Frankland, OBA #033102
        (admitted *pro hac vice*)
        Sharp Law, LLP
        5301 W. 75th Street
        Prairie Village, KS 66208
        (913) 901-0505
        (913) 901-0419 fax
        rsharp@midwest-law.com
        bfrankland@midwest-law.com

        and

        Michael E. Grant, OBA No. 11848
        (admitted *pro hac vice*)
        Grant Law Firm, PLLC
        512 NE 12th St.
        Oklahoma City, OK 73103
        (405) 232-6357
        (405) 232-6358 fax
        De1471@coxinet.net

        and

        Allan DeVore, OBA No. 2328
        (admitted *pro hac vice*)
        Jandra Cox, OBA No. 16610
        (admitted *pro hac vice*)
        DeVore Law Firm, PLC
        5709 NW 132nd St.
        Oklahoma City, OK 73142
        (405) 603-8585
        dlf@DeVoreLawOK.com

        *Settlement Class Counsel*

**Certificate of Service**

    I certify that on July 9, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

                                              */s/ Matthew D. Cavenaugh*
                                              Matthew D. Cavenaugh