IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re: | § Chapter 11 |
| SHERIDAN HOLDING COMPANY I, LLC, *et al.*,[1] | § Case No. 20-31884 (DRJ) |
| Reorganized Debtors. | § (Jointly Administered) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective November 1, 2020, the address for Barbara Frankland of Sharp Law, LLP, one of Settlement Class Counsel, will change. The updated address is shown below and is also reflected in the signature block:

>Barbara C. Frankland
>SHARP LAW, LLP
>11990 Grant Street, Suite 550
>Northglenn, CO 80233

Please direct all future mailings to Ms. Frankland at the updated address. The firm name, telephone and fax numbers, and email address for Ms. Frankland remain unchanged and are correctly reflected in the signature block below.

---

[1] The Reorganized Debtors in these chapter 11 cases, along with the last four digits of each Reorganized Debtor's federal tax identification number, include: Sheridan Holding Company I, LLC (7648); Sheridan Investment Partners I, LLC (8607); Sheridan Production Partners I, LLC (8094); Sheridan Production Partners I-A, L.P. (8100); Sheridan Production Partners I-B, L.P. (8104); Sheridan Production Partners I-M, L.P. (8106); and SPP I-B GP, LLC (8092). The location of the Reorganized Debtors' service address is: 1360 Post Oak Blvd., Suite 2500, Houston, Texas 77056. "Debtors" refers to these same entities before the Effective Date of the *Amended Joint Prepackaged Plan of Reorganization of Sheridan Holding Company I, LLC and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [ECF 11] (the "Plan").

DATED: October 30, 2020

/s/ *Barbara C. Frankland*
Barbara C. Frankland #33102
SHARP LAW, LLP
11990 Grant Street, Suite 550
Northglenn, CO 80233
Telephone: (720) 932-0700
Fax: (720) 932-0700
bfrankland@midwest-law.com

*Counsel for Settlement Class*

**CERTIFICATE OF SERVICE**

    I certify that, on October 30th, 2020, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/ *Charles Rubio*
PARKINS LEE & RUBIO LLP
Charles M. Rubio P.C.
TX Bar No. 24083768
Pennzoil Place
700 Milam Street, Suite 1300
Houston, Texas 77002
Telephone: 212-763-3331
Email: crubio@parkinslee.com