| RECORDS TRANSMITTAL AND RECEIPT | Complete and send original and one copy of this form to the appropriate Federal Records Center for approval prior to shipment of records.  See specific instructions on reverse. | PAGE 1 OF |
|---|---|---|

| 1 | TO | (Complete the address for the records center serving your area as shown in 36 CFR 1228.150.) |
|---|---|---|

Ft Worth Federal Records Center
1400 John Burgess Drive
Fort Worth, TX 76140

5 FROM (Enter the name and complete mailing address of the office retiring the records.  The signed receipt of this form will be sent to this address.)

U.S. Bankruptcy Court
Southern District of Texas
515 Rusk Avenue
Houston, TX 77002

Prime Clerk LLC
Attn: Gustavo Ruiz
60 East 42nd Street, Suite
1440 New York, NY 10165

| 2 | AGENCY TRANSFER AUTHORIZATION | TRANSFERRING AGENCY OFFICIAL (signature and title)  Clerk of Court, David J. Bradley | DATE  9/03/2020 |
|---|---|---|---|
| 3 | AGENCY CONTACT | TRANSFERRING AGENCY LIAISON OFFICIAL (Name, office and telephone No)  Darlene Hansen, 713-250-5749 | |
| 4 | RECORDS CENTER RECEIPT | RECORDS RECEIVED BY (Signature and Title) | DATE |

*Fold Line ↙*

## 6                                             RECORDS DATA

| RG (a) | FY (b) | NUMBER (c) | VOLUME (cu. ft.) (d) | AGENCY BOX NUMBERS (e) | SERIES DESCRIPTION (with inclusive dates of records) (f) | RESTRICTION (g) | DISPOSAL AUTHORITY (schedule and item number) (h) | DISPOSAL DATE (i) | LOCATION (j) | SHELF PLAN (k) | CONT. TYPE (l) | AUTO. DISP. (m) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 578 | 21 | 0011 | 1 | 1-1  1 | YZ  Sheridan Holding Company I, LLC et. al., Case No. 20-31884 (DRJ)  Original Claims 1-22  Inclusive Start Date:  04/01/2020  Inclusive End Date:  07/31/2020  PT-578-2021-0011 | N | DC2/A15A  20 yrs | D 4/1/2041 | | | | |

NSN 7540-00-634-4093                              135-107                              Standard Form 135 (Rev. 7-85)
Prescribed by NARA
36 CFR 1228.152